■ ARTHUR A. RAUSE et al., Appellants, v. NORTH FLINT PLAZA, INC., Respondent.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from three orders of Monroe Special Term (1) directing a reference and holding decision in abeyance pending the Referee's report, instead of denying defendant's motion to vacate service; (2) granting defendant's motion to vacate service of the summons upon the defendant; and (3) denying plaintiff's motion to reargue.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ In the Matter of the RECONSTRUCTION OF STRUCTURES CARRYING PAVEMENT ROAD IN THE TOWN OF LANCASTER, ERIE COUNTY, Over Railroads. NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants; BOARD OF SUPERVISORS OF ERIE COUNTY et al., Respondents.— Orders affirmed, without costs of this appeal to any party. All concur. (Appeal from order of Public Service Commission denying a petition by the railroad companies for a rehearing in a proceeding for the construction of an overpass over the tracks of the railroad companies.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ In the Matter of the ALERATION OF EXISTING GRADE CROSSING OF CEMETERY ROAD, COUNTY ROAD No. 341, AND RAILROADS OPERATED IN THE TOWN OF LANCASTER, ERIE COUNTY. NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants; BOARD OF SUPERVISORS OF ERIE COUNTY et al., Respondents.— Orders affirmed, without costs of this appeal to any party. All concur. (Appeal by the New York Central Railroad Company and Lehigh Valley Railroad Company from an order of the Public Service Commission denying a petition by said railroad companies for a rehearing in a proceeding which provided for certain changes in an existing grade crossing.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ In the Matter of the CLOSING OF EXISTING CROSSINGS AT GRADE OF RAILROADS AND CEMETERY ROAD IN THE TOWN OF LANCASTER, ERIE COUNTY. NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants; BOARD OF SUPERVISORS OF ERIE COUNTY et al., Respondents.— Orders affirmed, without costs of this appeal to any party. All concur. (Appeal by the New York Central Railroad Company and Lehigh Valley Railroad Company from an order of the Public Service Commission denying a petition by the railroads for a rehearing in a proceeding to close certain grade crossings.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ ANN E. HALL, Individually and as Administratrix of the Estate of GEORGE W. HALL, Deceased, Appellant, v. HOTEL TOURAINE, INC., Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term, for defendant for no cause of action in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.